UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CURTIS HOWELL, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>MASSACHUSETTS BAY TRANSPORTATION )<br>AUTHORITY, et al., )<br> Defendants. ) | Civil Action<br>No. 23-13141-PBS |

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Memorandum and Order dated January 11, 2024, it is hereby ORDERED that the above-entitled action be and hereby is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

 ROBERT M. FARRELL
 CLERK OF COURT

Dated: 01/11/2024 By /s/ Maryellen Molloy
 Deputy Clerk